UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 18-1750 (DSD/HB)

Abdullahi Abukar Mohamed,

      Petitioner,

v.

Jefferson Beauregard Sessions III, et al.,

      Respondents.

**ORDER**

Pursuant to the Stipulation to Dismiss agreed to and filed by the parties, **IT IS HEREBY ORDERED, AS FOLLOWS:**

This case is **DISMISSED** with prejudice, with each party to bear its own attorney's fees, costs, and disbursements herein.

Dated: October 31, 2018

      s/David S. Doty
      David S. Doty, Judge
      United States District Court